

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-14-00473-CV

**ARC PARKLANE, INC.** d/b/a Parklane West Healthcare Center,
Appellant

v.

Belen **BETTS**, Individually, and as Executrix of the Estate of Delbert Betts, Deceased, and
Shirle Betts, and Dana Gibson,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10178
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellant's brief in this interlocutory appeal was due July 21, 2015, but the court granted an extension of time to file the brief. On August 25, the court suspended the appellate deadlines so the parties could mediate their dispute. The parties have filed a joint motion requesting additional time, stating the mediation has been rescheduled to October 28, 2015.

We **grant** the motion. We **order** appellant's brief or a motion that disposes of this appeal in accordance with Texas Rule of Appellate Procedure 42.1 is due **November 11, 2015**. The court will not look favorably on any further requests for extensions of time.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court